UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHARON CURTIS,
via her guardian and conservator,
JANETTE CURTIS,

      Plaintiffs,

vs.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for Quest
Trust 2005-X1, Asset Backed Certificates
Series 2005-X1; PHH MORTGAGE
CORPORATION, a foreign limited
liability corp.; OCWEN FINANCIAL
CORPORATION, a foreign limited
liability corp., jointly and severally,

      Defendants.

Case No. 1:23-cv-12859-TLL

Honorable Thomas L. Ludington
U. S. District Court Judge

---

Valerie A. Moran
**D/B/A THE MORAN LAW FIRM**
*Attorney for Plaintiffs*
25 Louck Street, #19
Oxford, MI  48371
(248) 514-6755
vmoranatty@gmail.com

Erin R. Katz (P71604)
**DYKEMA GOSSETT PLLC**
*Attorneys for Defendants*
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0761
ekatz@dykema.com

---

### DEFENDANTS' INDEX OF EXHIBIT TO ITS MOTION TO DISMISS

| | |
|---|---|
| **Exhibit A** | State Court Complaint filed February 14, 2020 |
| **Exhibit B** | First Amended Complaint dated August 24, 2021 |

| | |
|---|---|
| **Exhibit C** | Orders of Claire County Circuit Court entered October 19, 2021 and January 17, 2024 |
| **Exhibit D** | *Cass River Farms, LLC v. Hausbeck Pickle Co.,* 2016 U.S. Dist. LEXIS 141048 at *6 (E.D. Mich. Oct. 12, 2016) |