UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sharon Curtis, et al.,

                Plaintiff(s),

v.                                            Case No. 1:23−cv−12859−TLL−PTM
                                             Hon. Thomas L. Ludington

PHH Mortgage Corporation, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  Please report to Room 206.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss − #12

- MOTION HEARING:  April 3, 2024 at 02:00 PM

**ADDITIONAL INFORMATION:**   Upon Review of Filed Papers, the Court may Waive Oral Argument and Issue a Written Opinion. The Court Requests Paper Judge's Copies of Docketed Pleadings that Exceed 50 pages.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/K Winslow
                                                                   Case Manager

Dated:   January 30, 2024