UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHARON CURTIS, and JANETTE CURTIS,

        Plaintiffs,                          Case No. 1:23-cv-12859

v.                                                Honorable Thomas L. Ludington
                                                         United States District Judge
DEUTSCHE BANK, et al.,

        Defendants.
_____/

## ORDER ADJOURNING SCHEDULING ORDER

Having reviewed Defendants' Motion to Adjourn the Scheduling Order, ECF No. 48, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that Defendants' Motion to Adjourn the Scheduling Order, ECF No. 48, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF No. 24, as amended by ECF No. 28, is **ADJOURNED** as follows:

| | |
|---|---|
| Rule 26(a)(3)(B) Disclosures Due: | October 30, 2025 |
| Motions *in limine* Due: | November 12, 2025 |
| Pretrial Submissions Due: | December 9, 2025 |
| Final Pretrial Conference: | December 16, 2025, at 2:00 PM EST |
| Bench Trial: | January 6, 2026, at 8:30 AM EST |

**This is not a final order and does not close this case.**

Dated: July 10, 2025                                    s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge