UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHARON CURTIS, and JANETTE CURTIS,

        Plaintiffs,                            Case No. 1:23-cv-12859

v.                                                    Honorable Thomas L. Ludington
                                                      United States District Judge

DEUTSCHE BANK, et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the Opinion and Order issued today:

It is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 31, is **GRANTED**.

Further, it is **ORDERED** that Plaintiffs' Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes this case.**

Dated: September 29, 2025                                s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge